IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| USA, | |
|---|---|
| Plaintiff, | 4:18CB3009 |
| vs. | |
| RODNEY N. ROBINSON, | **ORDER** |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion to continue, is granted.

2) Defendant is ordered to appear at 8:30 a.m. on November 1, 2018 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3) The warrants issued for the defendant on 10/4/2018 are recalled.

October 5, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge