IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:18CB3009 |
| | ) | VIOLATION NOS. 6199864, |
| Plaintiff, | ) | 6199865 and 6199866 |
| v. | ) | |
| | ) | |
| RODNEY N. ROBINSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon the government's oral motion and for good cause shown:

IT IS ORDERED:

1) Citation numbers 6199865 and 6199866 are dismissed.

2) The total balance remaining on citation 6199864 is reduced to $55.00, which includes the processing fee and any additional late fees.

3) The clerk shall forward a copy of this Order to the Central Violations Bureau along with check #071983 in the amount of $55.00 for the defendant.

May 2, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge